On these facts, the district court properly dismissed without prejudice Fails's complaint pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted. Its dismissal with prejudice for frivolousness was also correct. A prisoner's complaint is frivolous if it lacks an arguable basis in law or fact. *See Berry v. Brady,* 192 F.3d 504, 507 (5th Cir.1999). Fails's case did not falter solely because he named the wrong parties. The facts as recounted in the complaint and its attached materials, as well as the amended complaint the court allowed Fails to file, could not support liability for an Eighth Amendment violation. The district court properly dismissed the case as frivolous.

## CONCLUSION

The district court's dismissal of Fails's complaint is AFFIRMED.

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The conviction and sentence of Alfred Bryant were affirmed by this court on February 1, 2008, 264 Fed.Appx. 420. There is no appealable judgment for proceeding now in this court. He may seek advice for other proceedings from his attorney or file his own suit for habeas corpus relief pro se.

DISMISSED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alfred William BRYANT,**
**Defendant–Appellant.**

No. 09–10239
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2009.

Alfred William Bryant, Adelanto, CA, pro se.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jorge DE LA LUZ–ANTONIO,**
**Defendant–Appellant.**

No. 09–10077
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2009.

Amanda R. Burch, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.